1  OGLOZA FORTNEY LLP
       Darius Ogloza (SBN 176983)
2      *dogloza@oglozafortney.com*
       David C. Fortney (SBN 226767)
3      *dfortney@oglozafortney.com*
   535 Pacific Avenue, Suite 201
4  San Francisco, California 94133
   Telephone:  (415) 912-1850
5  Facsimile:  (415) 887-5349

6
   Attorneys for Defendant
7  Shasta Technologies, LLC

8
                        **UNITED STATES DISTRICT COURT**
9
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 | PHARMATECH SOLUTIONS, INC., | **CASE NO. 5:14-cv-03682 HRL** |
   |---|---|
12 | Plaintiff, | **SHASTA TECHNOLOGIES, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF PHARMATECH SOLUTIONS, INC.'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP 12(b)(1)** |
13 | v. | |
14 | SHASTA TECHNOLOGIES, LLC, | |
15 | Defendant. | |
16 | | Hearing Date:   January 13, 2015 |
17 | | Time:           10:00 a.m. |
   | | Courtroom:      2, Fifth Floor |

**TO THE CLERK AND TO PLAINTIFF PHARMATECH SOLUTIONS, INC., AND ITS COUNSEL OF RECORD**:  Please take notice that on January 13, 2015, or as soon thereafter as the matter may be heard, in Courtroom 2 – Fifth Floor of the above-referenced Court, located at 280 South 1st Street, San Jose, California 95113, Defendant Shasta Technologies, LLC ("Shasta") will and hereby does move the court to dismiss in its entirety the complaint of Plaintiff PharmaTech Solutions, Inc. ("PharmaTech") pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that no diversity of citizenship exists between the parties sufficient to confer jurisdiction under 28 U.S.C. § 1332.

The motion will be based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Calvin A. Knickerbocker, Jr., filed herewith, the pleadings on file in this action, and on such other matter as the Court may consider.

Dated: December 8, 2014                     OGLOZA FORTNEY LLP

                                            By:    /s/ David Fortney
                                                   David Fortney

                                            Attorneys for Defendant Shasta Technologies, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

This is an action for declaratory and injunctive relief brought by Plaintiff PharmaTech Solutions, Inc. ("PharmaTech") concerning a settlement agreement entered into by PharmaTech with Defendant Shasta Technologies, LLC ("Shasta") on or around March 20, 2014.  This Court lacks subject matter jurisdiction over the parties' dispute because both PharmaTech and Shasta are citizens of California for diversity jurisdiction purposes, and no other basis for federal jurisdiction is alleged or exists.  In light of this Court's lack of jurisdiction, PharmaTech's complaint must be dismissed.

## STATEMENT OF RELEVANT FACTS

PharmaTech's Complaint alleges that this Court has jurisdiction pursuant to 28 U.S.C. section 1332.  Complaint [Dkt. No. 1] at ¶ 1.  The Complaint alleges that that PharmaTech is a Nevada corporation with its principal place of business at 2660 Townsgate Road, Ste. 300, Westlake, California.  Complaint [Dkt. No. 1] at ¶ 3.  The Complaint further alleges that Defendant Shasta is an Oregon limited liability company with its principal place of business at 7340 Hunziker Road, Ste. 205, Tigard, Oregon.  Complaint [Dkt. No. 1] at ¶ 4.  The Complaint alleges that the instant action arises out of a binding settlement term sheet entered into by the parties on March 20, 2014, and includes a single cause of action for declaratory and injunctive relief related to that term sheet.  Complaint [Dkt. No. 1] at ¶¶ 14-22.

While Shasta is indeed a limited liability company organized under the laws of Oregon, its members include multiple residents and citizens of the state of California.  Declaration of Calvin A. Knickerbocker, Jr., filed herewith, at ¶¶ 2-5.

## ARGUMENT

Diversity jurisdiction in federal court extends to "all civil actions where the matter in controversy exceeds ... $75,000 ... and is between ... [c]itizens of different States." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (citing 28 U.S.C. § 1332).  In cases involving entities rather than individuals, "diversity jurisdiction depends on the form of the entity.  For example, an unincorporated association such as a partnership has the citizenships of all of its members.... By contrast, a corporation is a citizen only of (1) the state

where its principal place of business is located, and (2) the state in which it is incorporated." *Id.* (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990)). In cases involving unincorporated entities, *all members* of an unincorporated entity must be diverse from an opposing party, regardless of whether the unincorporated entity is a plaintiff or defendant. *Rockwell Int'l Credit Corp. v. U.S. Aircraft Ins. Grp.*, 823 F.2d 302, 304 (9th Cir. 1987).

In the Ninth Circuit, consistent with that of every federal circuit to have addressed the question, limited liability companies are treated "like partnerships for the purposes of diversity jurisdiction." *See Johnson*, 437 F.3d at 899 (discussing LLC citizenship and collecting cases from other circuits). As a result, "an LLC is a citizen of every state of which its owners/members are citizens." *Id.*

No diversity jurisdiction exists in the instant action because both PharmaTech and Shasta are citizens of California. PharmaTech alleges that it is a Nevada corporation with a principal place of business in California. Complaint [Dkt. No. 1] at ¶ 3. PharmaTech is therefore a citizen of California for jurisdictional purposes. Shasta, while organized as an Oregon LLC, contains multiple members who are residents and citizens of California. *See* Declaration of Calvin A. Knickerbocker, Jr., filed herewith, at ¶¶ 2-5. As a result, Shasta is also a citizen of California, and there is no diversity between the parties.

## **CONCLUSION**

For the reasons set forth above, defendant Shasta respectfully requests that the Court dismiss Plaintiff's complaint with prejudice.

Dated: December 8, 2014  Respectfully submitted,

OGLOZA FORTNEY LLP

By:   /s/ David Fortney
      David Fortney

Attorneys for Defendant Shasta Technologies, LLC