1  OGLOZA FORTNEY LLP
   Darius Ogloza (CA Bar No. 176983)
2  *dogloza@oglozafortney.com*
   David C. Fortney (CA Bar No. 226767)
3  *dfortney@oglozafortney.com*
   535 Pacific Avenue, Suite 201
4  San Francisco, California 94133
   Tel:  (415) 912-1850
5  Fax: (415) 887-5349

6  Attorneys for Defendant
   Shasta Technologies, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 PHARMATECH SOLUTIONS, INC.,        )  **CASE NO.** 5:14-cv-03682 HRL
                                      )
12      Plaintiff,                    )
                                      )  **DECLARATION OF CALVIN A.**
13      vs.                           )  **KNICKERBOCKER, JR. IN SUPPORT**
                                      )  **OF SHASTA TECHNOLOGIES, LLC'S**
14 SHASTA TECHNOLOGIES, LLC,          )  **MOTION TO DISMISS COMPLAINT**
                                      )  **PURSUANT TO FRCP 12(b)(1)**
15      Defendant.                    )
                                      )
16 _____  )

17

18

19

20

21

22

23

24

25

26

27

28

---
1
DECLARATION OF CALVIN A. KNICKERBOCKER, JR.

1  I, Calvin A. Knickerbocker, Jr., declare as follows:

2  1. I am the managing member of Shasta Technologies, LLC ("Shasta"), defendant in
3  the above-captioned action. I have personal knowledge of the facts set forth herein, and if called
4  upon to do so could competently testify thereto.

5  2. Shasta is a limited liability company organized under the laws of the state of
6  Oregon, and maintains its principal place of business at 16923 SW Richen Park Circle,
7  Sherwood, OR 97140.

8  3. I own a 30.9% interest in Shasta.

9  4. I am a resident and citizen of the state of California. My residence address is
10  3257 Hwy 128, Calistoga, California 94515.

11  5. Two additional members of Shasta, Dr. Yeung Yu and Broadtree, Inc., are also
12  residents and citizens of the state of California.

13

14  I declare under penalty of perjury that the foregoing is true and correct. Executed on December
15  8, 2014 at Calistoga, California.

_____
Calvin A. Knickerbocker, Jr.

---

1
DECLARATION OF CALVIN A. KNICKERBOCKER, JR.

1     I, Calvin A. Knickerbocker, Jr., declare as follows:

2     1.     I am the managing member of Shasta Technologies, LLC ("Shasta"), defendant in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to do so could competently testify thereto.

    2.     Shasta is a limited liability company organized under the laws of the state of Oregon, and maintains its principal place of business at 16923 SW Richen Park Circle, Sherwood, OR 97140.

    3.     I own a 30.9% interest in Shasta.

    4.     I am a resident and citizen of the state of California. My residence address is 3257 Hwy 128, Calistoga, California 94515.

    5.     Two additional members of Shasta, Dr. Yeung Yu and Broadtree, Inc., are also residents and citizens of the state of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2014 at Calistoga, California.

*/s/ Calvin A. Knickerbocker, Jr.*
Calvin A. Knickerbocker, Jr.
Managing Member

DECLARATION OF CALVIN A. KNICKERBOCKER, JR.