OGLOZA FORTNEY LLP
   David C. Fortney (SBN 226767)
   *dfortney@oglozafortney.com*
   Brian D. Berry (SBN 229893)
   *bberry@oglozaforney.com*
535 Pacific Avenue, Suite 201
San Francisco, California 94133
Telephone: (415) 912-1850
Facsimile: (415) 887-5349

Attorneys for Defendant
Shasta Technologies, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMATECH SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC <br><br> Defendant. | **CASE NO. 5:14 cv 03682 BLF** <br><br> **MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Complaint Filed: Aug. 14, 2014 <br> Current CMC: Jan. 22, 2015 at 1:30 p.m. <br> [Proposed] CMC: Feb. 19, 2015 at 1:30 p.m. <br><br> Hon. Beth Labson Freeman |

Pursuant to Civil Local Rule 16-2(d), Defendant Shasta Technologies, LLC ("Shasta") respectfully moves this Court for relief from the current case management schedule.

On August 14, 2014, plaintiff Pharmatech Solutions, Inc. ("Pharmatech") initiated the above-captioned action (the "Action") by filing an original complaint. The Action was initially assigned to Magistrate Judge Howard R. Lloyd. On December 15, 2014, the parties separately filed this Court's ADR Certification form.

On December 17, 2014, the Action was reassigned to this Courtroom. The next day this Courtroom's clerk issued a case management order, setting a case management conference for January 22, 2015 at 1:30 p.m and instructing the parties to file a case management statement by January 15, 2015.

Lead counsel for Shasta has a long-planned family vacation scheduled for January 20 through January 27, 2015 that conflicts with the currently-scheduled case management conference. (Affidavit of David C. Fortney ("Fortney Decl.") ¶ 2, attached hereto.) Therefore, Shasta seeks relief from the case management schedule.

Prior to filing this motion, Shasta conferred with Pharmatech regarding Shasta's counsel's scheduling conflict and alternative dates for the case management conference. (Fortney Decl. ¶ 3.) With Pharmatech's support, Shasta hereby respectfully requests that the case management conference currently set for January 22, 2015 at 1:30 p.m. be continued to February 19, 2015 at 1:30 p.m., and the parties instructed to file case management statements by February 12, 2015, as reflected in the [Proposed] Revised Case Management Schedule filed herewith. In the event that the Court is unavailable on February 19, 2015, counsel have conferred and are unavailable only on February 11, 12 and 18, with any other dates available for a case management conference.

Dated: January 8, 2014

OGLOZA FORTNEY LLP

/s/ David C. Fortney
David C. Fortney

Attorneys for Defendant
Shasta Technologies, LLC

## DECLARATION OF DAVID C. FORTNEY

I, David C. Fortney, declare as follows:

1.  I am an attorney licensed to practice law in the state of California and admitted to practice before this court.  I am a partner in the firm of Ogloza Fortney LLP, counsel for defendant Shasta Technologies, LLC ("Shasta").   I am familiar with the facts stated herein.  I could and would testify competently thereto if called upon to do so.

2.  I am planning to go to Colorado on vacation with my family and family friends from January 20 to January 27, 2015.  My family and I planned this vacation over six months ago.  I cannot now reschedule the vacation without substantial personal and financial sacrifice.  For instance, we have non-refundable plane tickets, and would also lose the ability to re-book our vacation house, which we are sharing with friends and which was reserved through bidding at a charity auction.

3.  I have discussed my scheduling conflict with lead counsel for plaintiff Pharmatech Solutions, LLC, Eric Troff, who graciously agreed to support Shasta's request to continue the case management conference to any date in February other than February 11 and 18.  I have another conflict on February 12.  I have suggested February 19 as the date for the continued CMC based in part on a desire to have the parties' joint case management statement and initial disclosures due after I return from vacation.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 8, 2015, at San Francisco, California.

_____
David C.  Fortney