UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PHARMATECH SOLUTIONS, INC., Plaintiff, v. SHASTA TECHNOLOGIES, LLC, Defendant. | Case No. 14-cv-03682-BLF<br>**CASE MANAGEMENT ORDER** |
|---|---|

On March 26, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5  IT IS FURTHER ORDERED THAT the Motion to Dismiss currently set for 05/07/2015 at
6 9:00 am is advanced to 04/16/2015 at 9:00 am.
7  IT IS FURTHER ORDERED THAT the Motion to Consolidate currently set for
8 04/16/2015 at 9:00 am is continued to 05/07/2015 at 9:00 am.

Dated: March 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge